# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN CAFARO,<br>    *Plaintiff*,<br><br>v.<br><br>ACTING COMMISSIONER OF SSA,<br>    *Defendant*. | CIVIL ACTION<br><br>NO.: 16-5227 |

## ORDER

**AND NOW**, this 27th day of November, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 11), Defendant's Response thereto (ECF No. 12), Reply Brief in Support of Plaintiff's Brief and Statement of Issues (ECF No. 13), Report and Recommendation of the Honorable Elizabeth T. Hey, United States Magistrate Judge (ECF No. 16), Defendant's Objections thereto (ECF No. 17), and Plaintiff's Memorandum in Opposition to Defendant's Objections (ECF No. 19), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Request for Review and Remand is **GRANTED** as set forth in the Report and Recommendation;

3. The above-captioned matter shall be **REMANDED** for further administrative proceedings consistent with Judge Hey's Report and Recommendation; and

4. The Clerk of Courts is directed to close this case for statistical and all other purposes.

                                            BY THE COURT:


                                            */s/ C. Darnell Jones, II*
                                            C. DARNELL JONES, II    J.